**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BILAL AHDOM,<br><br>                Plaintiff-Appellant,<br><br>  v.<br><br>M. ARAICH, Nurse Practitioner at Kern Valley State Prison; et al.,<br><br>                Defendants-Appellees,<br><br> and<br><br>S. LOPEZ, Chief Medical Officer at Kern Valley State Prison; et al.,<br><br>                Defendants. | No. 18-16999<br><br>D.C. No. 1:09-cv-01874-AWI-BAM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted February 4, 2020[**]

Before:      FERNANDEZ, SILVERMAN, and TALLMAN, Circuit Judges.

---

     [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

California state prisoner Bilal Ahdom appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a district court's dismissal as a sanction under Federal Rule of Civil Procedure 37(b). *Malone v. United States Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987). We affirm.

The district court did not abuse its discretion by dismissing Ahdom's action because Ahdom failed to produce documents or adequately respond to discovery in compliance with the district court's discovery order despite receiving multiple extensions of time to respond to discovery requests and being warned that noncompliance could result in dismissal. *See id.* at 130-33 (setting forth factors to be considered before dismissing under Rule 37(b)).

**AFFIRMED.**